IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGIONS BANK,
    Plaintiff,

vs.                                       Case No. 3:10cv100/LAC/EMT

MOTOR YACHT ROYAL INDULGENCE,
et al.,
    Defendants.
_____/

## ORDER

This cause is before the court upon Plaintiff's Motion for Interlocutory Sale of Vessel and Memorandum in Support (Doc. 35). Defendants David E. Gaudin and Danny L. McCray have responded in opposition to the motion (Docs. 40, 41). Before the court rules on this matter, Plaintiff shall be required to file a reply to the Defendants' responses.

Accordingly, it is **ORDERED**:

Plaintiff shall file a reply to the Defendant' responses within **TEN (10) DAYS** from the docketing date of this order.

**DONE AND ORDERED** this 22nd day of September 2010.


                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**