IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

REGIONS BANK,
    Plaintiff,

vs.                                           Case No. 3:10cv100/LAC/EMT

THE MOTOR YACHT ROYAL INDULGENCE,
 U.S. Official No. 1110314, her engines, etc., *in rem*,
AND
DAVID E. GAUDIN and
DANNY L. McCRAY, *in personam*,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 13, 2010 (Doc. 47). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Regions Bank's motion for interlocutory sale of the vessel (Doc. 35) is **GRANTED**. The "Decree Ordering Sale of Vessel" shall be entered separately and issuance of the "U.S. Marshal's Sale of Vessel" is approved.

**DONE AND ORDERED** this 4th day of November, 2010.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**