IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

REGIONS BANK,

    Plaintiff,

v                                          CASE NO.: 3:10-cv-100

THE MOTOR YACHT ROYAL
INDULGENCE, U.S. Official No. 1110314,
Her engines, etc., *in rem*, and DAVID E.
GAUDIN and DANNY L. McCRAY,
*In personam*,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR GAUDIN

COMES NOW, Liberis Law Firm, PA, as counsel for Defendant, David E. Gaudin ("Gaudin"), and moves pursuant to Rule 11.1(F) of the Local Rules for the Northern District of Florida, for entry of an Order permitting counsel to withdraw as counsel for Gaudin and states:

1.    Counsel has been unable to communicate with Gaudin and cannot therefore represent his interests in compliance with the rules and deadlines provided by this Court.

2.    Counsel does not believe that its withdrawal will result in a delay of proceedings or cause prejudice to Plaintiff.

3.    Pursuant to Rule 11.1(F) of the Local Rules for the Northern District of Florida, counsel hereby provides notice to all parties and counsel of record regarding its request to withdraw.

4.    Counsel has not filed a memorandum of law herewith as provided by Local Rule 7.1(A)(3) of the Local Rules of the Northern District of Florida which provides that a motion seeking withdrawal as counsel need not be accompanied by a memorandum of law.

1

5. Gaudin's last known address is 168 S. Gate Drive, Ponchatoula, LA 70454.

6. Liberis Law Firm, PA requests this Court enter an Order permitting it to withdraw as counsel for Gaudin and for such further relief as this Court deems just and proper.

WHEREFORE, Liberis Law Firm, PA requests this Court enter an Order permitting it to withdraw as counsel for Gaudin and for such further relief as this Court deems just and proper.

Respectfully submitted,

/Charles S. Liberis/
CHARLES S. LIBERIS
Florida Bar Number: 104937
RICHARD M. BECKISH, JR.
Florida Bar Number: 738395
LIBERIS LAW FIRM, P.A.
212 West Intendencia Street
Pensacola, Florida 32502
Telephone: 850.438.9647
Facsimile: 850.433.5409
COUNSEL FOR DAVID GAUDIN

JOHN C. ANDERSON
Louisiana Bar Number: 2467
11851 Wentling Avenue
Baton Rouge, Louisiana 70816
Telephone: 225.292.8176
Facsimile: 225.706.1413
Email: jca@andersonfirm.net
CO-COUNSEL FOR DAVID GAUDIN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing has been delivered to Roy W. Harrell, III, Attorney for Plaintiff, Vickers, Riis, Murray and Curran, LLC, Post Office Box 2568, Mobile Alabama 36652-2568 via U.S. Mail, postage prepaid and via facsimile to 251.432.9781, this _8_ day of November, 2010.

/Charles S. Liberis/